JENNIFER D. MARTINO, Respondent, v MICHAEL A. STOLZMAN, Respondent, and MICHAEL OLIVER et al., Appellants. (Action No. 1.)

JUDITH A. ROST, Respondent, v MICHAEL A. STOLZMAN et al., Respondents, and MICHAEL OLIVER et al., Appellants. (Action No. 2.)

Decided October 26, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the actions within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY FAIR, Appellant, v DAVID ROCK, as Superintendent of Great Meadow Correctional Facility, Respondent.

Decided October 26, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY MUNFORD, Appellant, v WILLIAM J. CONNELLY, Respondent.

Submitted September 20, 2010; decided October 26, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 702 (2010)].